**Leroy WHITE, Petitioner–Appellant,**

v.

**Charlie JONES, Warden, Attorney General, State of Alabama, Commissioner, Alabama Department of Corrections, Respondents–Appellees.**

No. 11–10069.

United States Court of Appeals,
Eleventh Circuit.

Jan. 13, 2011.

Before EDMONDSON, HULL and WILSON, Circuit Judges.

BY THE COURT:

Alabama death row inmate Leroy White has moved this Court for a certificate of appealability ("COA") to review the district court's denial of his Federal Rule of Civil Procedure 60(b) motion for relief from the district court's judgment denying White's 28 U.S.C. § 2254 petition for a writ of habeas corpus.

We deny White's motion for a COA as unripe because he has not filed a motion for a COA in the district court first and obtained a ruling from the district court. *See United States v. Futch,* 518 F.3d 887, 894 n. 1 (11th Cir.2008) ("District courts must consider and rule upon the propriety of issuing the COA first, that is, before a request for a COA will be received or acted on by this court or a judge of this court.").

Alternatively, we deny the motion for a COA in the reasons outlined in our order denying White's second motion for a stay of execution.

**MOTION DENIED.**

WILSON, Circuit Judge, dissenting:

I dissent from the Court's denial of the motion for a COA for the reasons outlined in my dissent from the order denying White's second motion for a stay of execution.